IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES A. WESLEY,      ) | |
|     Plaintiff,      ) | |
| vs.      ) | No.  3:12-CV-1836-K |
|      ) | |
| SCOBEE FOODS, INC.,      ) | |
| STEVE SCOBEE, SR.,      ) | |
| ERNESTO VASQUEZ and      ) | |
| JERRY YOUNG      ) | |
|      ) | |
|     Defendants.      ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  Plaintiff's Objections filed on June 7, June 17, and June 26, 2013, are hereby **OVERRULED**.

For the reasons stated in the Findings, Conclusions, and Recommendation, the *Defendants Scobee Foods, Inc., Steve Scobee, Sr., Ernesto Vasquez, and Jerry Young's 12(b)(6) Motion to Dismiss*, filed September 6, 2012 (doc. 29) is **GRANTED**.  Plaintiff's claims are **DISMISSED** with prejudice.

    SO ORDERED.

    Signed June 28th, 2013.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE